## FOURTH DEPARTMENT, DECEMBER, 1921.

CHARLES W. CLIFFORD, as Administrator, etc., of FRANK L. CLIFFORD, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY and Another, Appellants. — Judgment and order affirmed, with costs. All concur.

NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. WARREN ROSS LUMBER COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, upon the grounds that there is no proof of the transfer of the bill of lading to the defendant as consignee and its acceptance of the terms therein contained as to liability to pay freight charges; that it did not come into possession of the goods shipped at any time, and its acceptance of them by giving directions for their delivery to another was a qualified one; that the duty of the plaintiff under the letter of instructions from the defendant was to deliver the goods to the new consignee upon payment of the freight charges, and the plaintiff having delivered the goods without collecting such charges, may not now collect the same from defendant. This court finds all of the facts contained in the stipulation made by and between the respective parties, through their attorneys, on the trial of such action on the 2d day of May, 1921, and which is contained in the record. All concur, except Hubbs, J., who dissents; Lambert, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of JOSEPH F. KNAPP, Deceased. JOHN KNAPP and Others, Appellants; FANNIE KNAPP, Respondent.— Decree affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal.

BROOKLYN COOPERAGE COMPANY, Respondent, v. JERSEYFIELD LUMBER COMPANY and ANSON C. GOODYEAR, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.

BROOKLYN COOPERAGE COMPANY, Respondent, v. JERSEYFIELD LUMBER COMPANY and Others, Defendants, Impleaded with MARINE TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

HENDERSON TIRE & RUBBER COMPANY, INC., Respondent, v. P. K. WILSON & SON, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MADIA, Appellant.— Judgment of conviction and order reversed and new trial granted. Held, that under the facts in this case it was reversible error to permit the detective Whiting to testify that on an occasion subsequent to the commission of the alleged crime, he identified the defendant by pointing him out to Officer Kuney in the saloon. This disposition makes it unnecessary to consider the appeal from the order denying the motion for a new trial upon the ground of newly-discovered evidence. All concur.

PETRIZIA PITERA, as Administratrix, etc., of LUGIA PITERA, Deceased, Respondent, v. LUIGI ZORIO, Appellant.— Judgment and order affirmed, with costs. All concur.

PHILIP SETEL, Respondent, v. GLENS FALLS INSURANCE COMPANY OF GLENS FALLS, N. Y., Appellant.— Judgment and order affirmed, with costs. All concur.